OFFICIAL LOCAL FORM 3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

## CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | 6/25/15 | Docket #: | 15-41226 |
| Debtor: | James E. McDuffie | Co-Debtor: | |
| SS#: | xxx-xx-5367 | SS#: | |
| Address: | 113 Pleasant Street<br>Leominster, MA 01453 | Address: | |

| | |
|---|---|
| Debtor's Counsel: | Herbert Weinberg 550415 |
| Address: | 805 Turnpike Street<br>North Andover, MA 01845 |
| Telephone #: | (978) 683-2479 |
| Facsimile #: | (978) 682-3041 |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

OFFICIAL LOCAL FORM 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

PRE-CONFIRMATION CHAPTER 13 PLAN

CHAPTER 13 PLAN

Docket No.: **15-41226**

DEBTOR(S):    (H)  **James E. McDuffie**    SS# **xxx-xx-5367**

(W) _____    SS# _____

I. **PLAN PAYMENT AND TERM:**

Debtor's shall pay monthly to the Trustee the sum of $ **445.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

■ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

_____ ;or

☐ ____ Months. The Debtor states as reasons therefore:

_____

II. **SECURED CLAIMS**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Hanscom Federal Cr Un | | $ 12,154.80 |

Total of secured claims to be paid through the Plan $ 12,154.80

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Ocwen Loan Servicing L | First Mortgage |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| -NONE- | | |

D. Leases:

  i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of **-NONE-** ; or

  ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-**

  iii. The arrears under the lease to be paid under the plan are __0.00__.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | $ | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | $ | |

Total of Priority Claims to Be Paid Through the Plan  $ __0.00__

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ __1,000.00__

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | $ | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of __17__% of their claims.

A. General unsecured claims: $ __64,387.00__

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Ocwen Loan Servicing | First Mortgage | $ 37,000.00 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| -NONE- | $ | |

Total of Unsecured Claims (A + B + C): $ __64,387.00__

D. Multiply total by percentage: $ __10,836.80__
   (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| -NONE- | | $ | |

Total amount of separately classified claims payable at ____%   $ _____ 0.00

## VI. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

The Second Mortgage of Hanscom Federal Credit Union, having a place of business at 1610 Eglin Street, Hanscom Air Force Base, Lexington, Massachusetts 01731 from James McDuffie in the original principal amount of $44,000.00 and recorded September 15, 2005 in the Worcester Northern Registry of Deeds at Book 5966 and Page 192 against real property commonly known as 113 Pleasant Street, Leominster, Massachusetts, is wholly unsecured shall be discharged upon the recording of this Chapter 13 Plan and a bankruptcy discharge at the Worcester Northern Registry of Deeds.

As of the filing of this Chapter 13 Petition, $138,890.00 in pre-petition arrears were outstanding on Ocwen Loan Servicing first mortgage on the Debtor's property located at 113 Pleasant Street, Leominster, Massachusetts (the "Propety"). The Debtor is pursing a loan modification and will address such arrears through the loan modification process, if approved. The Debtor is making monthly adequate protection payments to Ocwen Loan Servcing while the loan modification review is pending. If the Debtor is unable to obtain a loan modification, he will srrender the property to Ocwen Loan Servicing and will file an amended Chapter 13 Plan indicating same.

Hanscom Federal Credit Union ("Hanscom") holds a secure claim against the Debtor's vehicle, which is a 2004 BMW in the approximate amount of $11,000.00. Hanscom will be paid the full value of its claim, plus interest at a rate of four percent for a total of $22,099.80. The lien of Hanscom against the Debtor shall be discharged by the Registry of Motor Vehicles upon being presented with a certified copy of the Order confirming this Plan and a Chapter 13 Discharge in this case.

## VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| A) Secured claims (Section I-A Total): | $ | 12,154.80 |
| B) Priority claims (Section II-A&B Total): | $ | 0.00 |
| C) Administrative claims (Section III-A&B Total): | $ | 1,000.00 |
| D) Regular unsecured claims (Section IV-D Total):+ | $ | 10,836.80 |
| E) Separately classified unsecured claims: | $ | 0.00 |
| F) Total of a + b + c + d + e above: | =$ | 23,991.60 |
| G) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | 26,657.40 |

(This represents the total amount to be paid into the Chapter 13 plan)

H. Divide (G), Cost of Plan, by Term of Plan,             60  months
I. Round up to nearest dollar for Monthly Plan Payment:     $     445.00
(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 113 Pleasant Street, Leominster, MA 01453 | $ 241,108.00 | $ 300,457.00 |
| 21 9th Avenue, Huntington, NY 01746 | $ 200,000.00 | $ 237,000.00 |

Total Net Equity for Real Property: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile (Describe year, make and model):

| | | | |
|---|---|---|---|
| 2005 BMW 760 | Value $ 11,000.00 Lien $ 11,000.00 | Exemption $ 0.00 |
| 2005 Cadillac Escalade | Value $ 8,000.00 Lien $ 0.00 | Exemption $ 3,675.00 |
| 2005 Ford F350 | Value $ 10,000.00 Lien $ 0.00 | Exemption $ 3,715.00 |

Total Net Equity: $ 18,000.00
Less Exemptions (Schedule C): $ 7,390.00
Available Chapter 7: $ 10,610.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

Cash
Hanscom Federal CU checking account
Hanscom Federal CU saving account.
Miscellaeous household goods
Miscellaneous wearing apparel
Miscellaneous jewelry
State Farm $100,000 whole life
State Farm $50,000 whole life (Ella)
State Farm $50,000 whole life (Mae)
401(k)

Total Net Value: $ 46,760.00
Less Exemptions (Schedule C): $ 46,760.00
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 10,610.00

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Herbert Weinberg    8-3-15
Herbert Weinberg 550415    Date
Debtor's Attorney
Attorney's Address:  805 Turnpike Street
                     North Andover, MA 01845
          Tel. #:    (978) 683-2479 Fax:(978) 682-3041
          Email Address:  hweinberg@jrhwlaw.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date _____

Signature _____
James E. McDuffie
Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                )
                                      )   CHAPTER 13
JAMES E. MCDUFFIE,                    )   CASE NO. 15-41226 HJB
        DEBTOR                        )
                                      )
                                      )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Plan was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following and those on the attached list:

James E. McDuffie
113 Pleasant Street
Leominster, MA 01453

Denise M. Pappalardo
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA 01601

U.S. Trustee's Office
U.S. Bankruptcy Court
446 Main Street, 14th Floor
Worcester, MA 01608

Signed under the penalties of perjury this 3rd day of August, 2015.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-24769
hweinberg@jrhwlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-4<br>Case 15-41226<br>District of Massachusetts<br>Worcester<br>Thu Jul 30 12:12:12 EDT 2015 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Ccs/First National Ban<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Clearspring Loan Services, Inc<br>18451 North Dallas Parkway Suite 100<br>Dallas, TX 75287-5206 | Comcast<br>1130 Northchase Pkwy Se<br>Marietta, GA 30067-6413 | Comcast<br>4120 International Pkwy<br>Carrollton, TX 75007-1957 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Everbank<br>18451 N Dallas Pkwy Ste<br>Dallas, TX 75287-5206 |
| Everhome Mortgage Co<br>301 W Bay St<br>Jacksonville, FL 32202-5184 | First Choice Bank/Cws<br>840 Route 33<br>Mercerville, NJ 08619-4413 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Green Tree<br>Po Box 6172<br>Rapid City, SD 57709-6172 | (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | Hanscom Federal Cr Un<br>1610 Eglin St<br>Hanscom Afb, MA 01731-2620 |
| Hanscom Federal Credit Union<br>1610 Eglin Street<br>Hanscom AFB, MA 01731-2620 | Homeward Residential<br>1525 S Belt Line Rd<br>Coppell, TX 75019-4913 | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |
| James E. McDuffie<br>113 Pleasant Street<br>Leominster, MA 01453-3545 | Medstar Ambulance<br>Po Box 981025<br>Boston, MA 02298-1025 | Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management  Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nutribullet Llc<br>8550 Balboa Blvd Ste 232<br>Northridge, CA 91325-5806 | Ocwen Loan Servicing<br>c/o Mark Bogard, Esq.<br>McCabe, Weisberg & Conway<br>145 Huguenot St., Ste. 10<br>New Rochelle, NY 10801-5200 |

| | | |
|---|---|---|
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601-6607 | Marcus Pratt<br>Korde & Associates, P.C.<br>321 Billerica Rd.<br>Suite 210<br>Chelmsford, MA 01824-4100 |
| Tmobile<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | (p)TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS TX 76180-6036 | Webbank<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Herbert Weinberg<br>Rosenberg & Weinberg,<br>805 Turnpike St., Suite. 201<br>North Andover, MA 01845-6122 | Wells Fargo Bank, National Association<br>Korde and Association, P.C.<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824-4100 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Triad Financial
5201 Rufe Snow Dr Ste 40
North Richland Hills, TX 76180

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38