UNITED STATES BANRUPTCY COURT
DISTRICT OF MASSACHUSETTS

POST-CONFIRMATION SECOND AMENDED CHAPTER 13 PLAN

DATED: June 9, 2017

POST-CONFIRMATION FIRST AMENDED CHAPTER 13 PLAN

Docket No.: 15-41226

DEBTOR:

(Debtor) James E. McDuffie          xxx-xx-5367

I. AMENDED PLAN PAYMENT AND TERM:

TERM OF THE PLAN: 60 Months (Total length of Plan – not no. of months remaining.)
If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C. § 1322(d) must be attached hereto.

Pursuant to 11 U.S.C. § 1322(d)(2), the Debtor states that he requires 60 months to fully fund the plan.

AMENDED PLAN PAYMENT: Debtor to pay monthly: $ 589.00

EFFECTIVE: 05/10/2017 (Insert new payment beginning date.

The claims listed below must include amounts previously disbursed by the Trustee on all claims which have subsequently been withdrawn or disallowed.

II. SECURED CLAIMS:

A.    Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition Arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Hanscom | Lien On 2004 BMW as described In Section VI.B | $11,844.66 |
| MDOR | Tax | $ 700.57 |
| Deutsche Bank National | Mortgage arrears on 21 9th Ave 1 | $998.30 |

1

Trust Company, as Trustee    Huntington, New York
for Home Equity
 Mortgage Loan
Asset-Backed Trust
 Series INABS 2007-B
, Home Equity Mortgage
 Loan Asset-Backed
Certificates Series INABS 2007-B

Total of secured claims to be paid through the Plan:                    $13,524.30

B.    Claims to be paid directly by debtor to creditors (Not through Plan):

Creditor                          Description of Claim

Wells Fargo Bank                  First Mortgage on 113 Pleasant Street,
                                  Leominster, MA


C.    Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

D.    **Leases:**

   i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of ____
   _____; or

   ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of __
   _____.

   iii. The arrears under the lease to be paid under the plan are _____.


III. PRIORITY CLAIMS

A.    Domestic Support Obligations:

2

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

B.  Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| MDOR | _____ | $ 1,502.74 |
| _____ | _____ | $ _____ |

Total of Priority Claims to be Paid Through the Plan:          $ 1,502.74

IV. ADMINISTRATIVE CLAIMS:

A.  Attorneys Fees (to be paid through the plan):          $ 5,500.00

B.  Miscellaneous Fees:

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 20% of their claims.

A.  General unsecured claims          $24,293.60

B.  Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

3

| Hanscom Federal Credit Union | Second Mortgage | $ 22,168.33 |

C.   Non-Dischargeable Unsecured Claims:                                    $ _____

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | | $ _____ |

Total of Unsecured Claims (A + B + C):                                      $ 46,461.93

D.   Multiply total by percentage:                                           $ 9,292.78
     (Example: Total of $38,500.00 x .22 dividend = ($8,470.00)

E.   Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | | $ _____ |

Total amount of separately classified claims payable at ___%:              $ _____

VI. OTHER PROVISIONS:

A.   Liquidation of assets to be used to fund plan: _____

B.   Miscellaneous Provisions:

The Second Mortgage of Hanscom Federal Credit Union, having a place of business at 1610 Eglin Street, Hanscom Air Force Base, Lexington, Ma. 01731 from James McDuffie in the original principal amount of $44,000.00 and recorded September 15, 2005 in the Worcester Northern Registry of Deeds at Book 5966 and Page 192 against real property commonly known as 113 Pleasant Street, Leominster, Ma., is wholly unsecured shall be discharged upon the recording of this Chapter 13 Plan and a bankruptcy discharge at the Worcester Northern Registry of Deeds.

The Debtor and Wells Fargo Bank have entered into a court approved loan modification agreement under which the arrears are being paid outside of the Chapter 13 Plan.

Hanscom Federal Credit Union ("Hanscom") holds a secure claim against the Debtor's vehicle, which is a 2004 BMW in the approximate amount of $11,000.00. Hanscom will be paid the full value of its claim, plus interest at a rate of four percent for a total of $11,844.66. The lien of Hanscom against the Debtor shall be discharged by the Registry of Motor Vehicles upon being presented with a certified copy of the Order confirming this Plan and a Chapter 13 Discharge in this case.

The Debtor is surrendering 21 9th Avenue Huntington New York to Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2007-B ("Deutsche Bank"). He is pursuing loan modification but absent filing of a supplemental pleading, the claim of Deutsche Bank shall be discharged upon the entry of a bankruptcy discharge in this case.

C.   Set forth below, all changes from the previously confirmed Plan:

Secured: $16,855.37 to $13,524.30

Priority: $2,105.62 to $1,502.74

Administrative: $3,000.00 to $5,500.00

Unsecured: $17,634.21 to $9,292.78

Term: _____

Plan Payment: $734.00 to $589.00

VII. CALCULATION OF PLAN PAYMENT:

a) Secured claims (Section I-A Total):                              $ 13,524.30

b) Priority claims (Section II- A& B Total):                        $ 1,502.74

c) Administrative claims ( Section III- A&B Total):                 $ 5,500.00

d) Regular unsecured claims (Section IV-D Total): +                 $ 0.00

e) Separately classified unsecured claims:                          $ 9,292.78

f) Total of a+ b + c + d + e above:                    =            $ 29,819.82

g) Divide (f) by .90 for total including Trustee's fee:
                        Cost of Plan                   =            $ 33,133.18

(This represents the total amount to be paid into the Chapter 13 Plan.)

h) Subtract the total amount of payment the
   Debtor has paid to the Trustee to Date:                          $ 8,425.00

5

i) Total amount left to be paid (g minus h):             $ 25,708.18

j) Divide (i) by # of months remaining:                  ÷ 42

k) Round up to nearest dollar: Amended Monthly Plan Payment:   $ 589.00

Date Amended Payment to begin:   05/10/2017

VIII. LIQUIDATION ANALYSIS

☑ The Debtor avers that there have been no material changes to the total amount set forth in the Summary of the Liquidation Analysis of the Debtor's previously Confirmed Plan.

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| _____ $ _____ | $ _____ | _____ |
| _____ $ _____ | $ _____ | _____ |

Total Net Equity for Real Property:                      $ 0.00
Less Total Exemptions (Schedule C):                      $ 0.00
Available Chapter 7:                                     $ 0.00

B. Automobile (Describe year, make, model):

| | | | |
|---|---|---|---|
| _____ | Value $ _____ | Lien $ 0.00 | Exemption $ _____ |
| _____ | Value $ _____ | Lien $ 0.00 | Exemption $ _____ |
| _____ | Value $ _____ | Lien $ 0.00 | Exemption $ _____ |
| _____ | Value $ _____ | Lien $ 0.00 | Exemption $ _____ |
| _____ | Value $ _____ | Lien $ 0.00 | Exemption $ _____ |

Total Net Equity                                         $ 0.00
Less Total Exemptions (Schedule C):                      $ 0.00
Available Chapter 7:                                     $ 0.00

C. All other Assets: (All remaining items on schedule B) : (Itemize as necessary)

_____

Total Net Equity                                         $ 0.00
Less Total Exemptions (Schedule C):                      $ 0.00
Available Chapter 7:                                     $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis: _____

_____

IV. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

s/Herbert Weinberg                                        June 8, 2017
Debtor's Attorney: Herbert Weinberg          Date

Attorney's Address: 805 Turnpike Street, North Andover, MA 01845

Tel. # (978) 683-2479

Email Address: hweinberg@jrhwlaw.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

s/James E. McDuffie
Debtor: James E. McDuffie                         Date

7